## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SAIM SARWAR, Individually,

        Plaintiff,

v.                                Case No.: 1:20-cv-19013

KK&T HOLDINGS LLC,

        Defendants.

_____

## **NOTICE OF SETTLEMENT**

Plaintiff, by and through her undersigned counsel, hereby advises the Court that the parties have reached an agreement in principle to resolve this dispute. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277

ATTORNEYS FOR PLAINTIFF